**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JUSTIN COFFEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:17-cv-0040 |
| SUN LIFE ASSURANCE | § | |
| COMPANY OF CANADA, | § | |
| | § | |
| Defendant. | § | |

**STIPULATION OF DISMISSAL**

Plaintiff Justin Coffey announces to the Court that the matters in controversy herein have been settled and that the consideration therefore has been paid in full and received.   In accordance with the Settlement Agreement and Release executed by the parties, the parties stipulate as follows:

1.      That all claims, demands, debts, or causes of action asserted herein by and between Plaintiff and Defendant be DISMISSED WITH PREJUDICE; and

2.      That all attorneys' fees and costs be taxed against the party incurring them.

STIPULATED TO AND APPROVED BY:

**MARC WHITEHEAD & ASSOCIATES, LLP**

By: s/ Marc Whitehead
        Marc S. Whitehead
        State Bar No. 00785238
        S.D. No. 15465
        5300 Memorial Drive, Suite 725
        Houston, Texas 77007
        Telephone: 713-228-8888
        Facsimile: 713-225-0940

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2017 I electronically transmitted the

foregoing **STIPULATION OF DISMISSAL** to the Clerk's office using the Court's CM/ECF

System, and thereby served all counsel of record in this matter.


 s/ Marc Whitehead
Marc S. Whitehead