United States District Court
Southern District of Texas

**ENTERED**
May 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DISTRICT

| | |
|---|---|
| JUSTIN COFFEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | C. A. Number 4:17-CV-0040 |
| § | |
| SUN LIFE ASSURANCE § | |
| COMPANY OF CANADA § | |
| § | |
| Defendant. § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

The Parties have advised the Court that they have settled their differences.

Accordingly, the Court hereby dismisses the causes of action, with prejudice. All costs of court are taxed against the party incurring said costs. All further relief is denied.

SIGNED this 19th day of May, 2017.

_____
United States District Judge